Argued May 20, reversed and remanded September 21, 1971

STATE OF OREGON, *Respondent, v.*
PAUL WARREN, *Appellant.*

488 P2d 828

*Robert J. McCrea,* Eugene, argued the cause for appellant. With him on the brief were Mulder, Morrow & McCrea, Eugene.

*W. Michael Gillette,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

PER CURIAM.

This is a companion case to *State v. Gassner,* 6 Or App 452, 488 P2d 822 (1971). The issue presented is identical.

Reversed and remanded.